107 A.3d 681

K.G., PLAINTIFF–MOVANT, v. M.S. (DECEASED), DEFENDANT.

IN THE MATTER OF J.S.G. AND K.S.G., MINORS.

July 28, 2014.

It is ORDERED that the motion for direct certification to the Superior Court, Chancery Division, Union County, is granted.